```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 07873
  TIMOTHY C BURNS
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-9315


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/30/07 and confirmed on 08/24/07.

    2.  The case was dismissed after confirmation, 06/06/2008.

    3.  The Debtor paid a total of $  10800.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG          .00         .00          .00
LITTON LOAN SERVICING IN MORTGAGE ARRE     23023.89         .00     10389.60
INTERNAL REVENUE SERVICE PRIORITY          10544.00         .00          .00
BECKET & LEE LLP         UNSECURED            15.01         .00          .00
CAPITAL ONE BANK         UNSECURED           809.10         .00          .00
CERTIFIED SERVICES       UNSECURED        NOT FILED         .00          .00
HARRIS & HARRIS LTD      UNSECURED        NOT FILED         .00          .00
ECAST SETTLEMENT CORPORA UNSECURED          1652.75         .00          .00
ECAST SETTLEMENT CORPORA UNSECURED           906.00         .00          .00
KEYNOTE CONSULTING INC   UNSECURED        NOT FILED         .00          .00
PEOPLES GAS              UNSECURED           997.69         .00          .00
SALLIE MAE GUARANTEE SER UNSECURED         16206.91         .00          .00
INTERNAL REVENUE SERVICE UNSECURED          9112.83         .00          .00
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23023.89   10544.00    29700.29         .00     63268.18
PRINCIPAL PAID      10389.60        .00         .00         .00     10389.60
INTEREST PAID            .00        .00         .00         .00          .00
TOTAL PAID          10389.60        .00         .00         .00     10389.60
The Debtor's attorney, DEVONA & ASSOC         , was allowed $       .00
and was paid $       .00 .

The Trustee received $    410.40 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/10/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```